1900.) Action by Clarence S. McClellan and others against Naomi Duncombe. No opinion. Motion for reargument denied. See 49 N. Y. Supp. 679; 65 N. Y. Supp. 19.

McDONALD, Respondent, v. EVANS et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 9, 1900.) Action by Daniel L. McDonald against Elizabeth Evans and others. No opinion. Order affirmed, with costs.

McFADDEN, Respondent, v. BLOCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1900.) Action by Jane McFadden against Jacob Bloch and Meyer Bloch.

PER CURIAM. In a case of this character no permission to appeal to the court of appeals is required, nor are the appellants deprived of their right in that respect by the decision of this court that there is evidence supporting the findings of fact. The declaration to that effect in our order is merely a correct recital of the action of the court, and cannot properly be omitted with justice to the prevailing party. See 60 N. Y. Supp. 547, 64 N. Y. Supp. 101.

McGIVERN, Appellant, v. FALL BROOK RY. CO., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 5, 1900.) Action by Margaret McGivern, as administratrix, etc., against the Fall Brook Railway Company.

PER CURIAM. Plaintiff's exceptions overruled. Motion for a new trial denied, with costs, and judgment ordered for the defendant, with costs. All concur, except SPRING and LAUGHLIN, JJ., dissenting.

MACK, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, First Department, June 8, 1900.) Action by James F. Mack against Charles C. Miller. E. D. Hawkins, for appellant. J. J. Quencer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

McLELLAN, Appellant, v. GOODWIN, Respondent. (Supreme Court, Appellate Division, First Department. June 8, 1900.) Action by George B. McLellan against Nat. C. Goodwin. F. Bien, for appellant. A. F. Clark, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 59 N. Y. Supp. 290.

McLINSKY, Appellant, v. UNITED DRESSED-BEEF CO., Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by Thomas McLinsky against the United Dressed-Beef Company. F. Pierce, for appellant. F. V. Johnson, for respondent. No opinion. Judgment and order affirmed, with costs.

McMAHON v. NEW YORK NEWS PUB. CO. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by Martin J. McMahon against the New York News Publishing Company. No opinion. Motion denied, with $10 costs. See 64 N. Y. Supp. 713.

McTAGUE, Respondent, v. DOWST, Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1900.) Action by Josephine McTague, an infant, by Hugh McTague, her guardian ad litem, against Arthur A. Dowst. No opinion. Application for leave to appeal to the court of appeals denied. See 64 N. Y. Supp. 949.

MAHON, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Francis Mahon against the city of New York. B. Yates, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs. See 60 N. Y. Supp. 541.

MALONE, Appellant, v. FIRST NAT. BANK OF CITY OF BROOKLYN, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1900.) Action by Sylvester L. Malone, as administrator of the goods, chattels, and credits which were of Sylvester Malone, deceased, against the First National Bank of the City of Brooklyn.

PER CURIAM. Order modified on argument, so as to reduce the allowance to defendant to $30, and, as thus modified, affirmed, without costs of appeal to either party.

MALTBY et al., Respondents, v. HEADLEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 22, 1900.) Judgment by Charles R. Maltby and another against James Headley and another. No opinion. Judgment affirmed, with costs.

MANASSE, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. May 25, 1900.) Action by Hulda Manasse against the Metropolitan Street-Railway Company. C. Steckler, for appellant. H. A. Robinson, for respondent. No opinion. Judgment reversed, and new trial ordered; costs to appellant to abide event.

In re MARCELLUS. (Supreme Court, Appellate Division, Third Department. March 23, 1900.) In the matter of Richard Marcellus and F. Jerome Clute, as administrators, etc., of John N. Marcellus, deceased. No opinion. Decree of the surrogate's court affirmed, with costs.

MASON et al., Appellants, v. UNITED PRESS OF ILLINOIS, Respondent. (Supreme Court, Appellate Division, First Department. May 25, 1900.) Action by Frederick G. Mason, as assignee, etc., and others, against the United Press of Illinois. No opinion. Motion denied. See 64 N. Y. Supp. 621.

MAYOR, ETC., v. McDERMOTT. (Supreme Court, Appellate Division, First Department.